PAUL WOLF, Respondent, v. HEATING MAINTENANCE CORP. OF NEW YORK, Appellant.

(Argued March 18, 1936; decided April 15, 1936.)

Theodore Ornstein, Henry H. Silverman and Edward Elman for appellant.

David Goldstein and Thomas G. Frost for respondent.

Judgment affirmed, with costs: no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.